[No. 16501-5-II.     Division Two.     February 15, 1995.]

*In the Matter of the Marriage of* ELAINE MAE WELLS, *Respondent, and* DALE ROBERT WELLS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 91-3-01384-4, Brian M. Tollefson, J., entered September 28, 1992. *Reversed with instructions* by unpublished opinion per Bridgewater, J., concurred in by Morgan, J., and Worswick, J. Pro Tem.